UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00348-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LACEDRICK CURRY,

        Defendant.

___

### ORDER RESETTING MOTION HEARING
___

THIS MATTER comes before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the day this matter is set for a motion hearing. Accordingly,

**IT IS ORDERED** that the motion hearing set for October 22, 2007, at 3:00 p.m. is **reset** to **October 24, 2007, at 9:00 a.m.**

DATED this 4th day of October, 2007.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        ___
        Marcia S. Krieger
        United States District Judge