UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00348-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LACEDRICK CURRY,

       Defendant.

_____

### ORDER DIRECTING DOCKET MODIFICATION
_____

**THIS MATTER** comes before the Court *sua sponte*.

At a hearing on November 6, 2007, attorney Guadalupe Cisneros made an oral appearance

on behalf of the Defendant. The Amended Minutes of that hearing **(# 25)** reflect Mr. Cisnerors'

oral appearance. However, it does not appear that Mr. Cisneros was ever added to the docket of

this case. For example, the general information section of the docket of this case does not

indicate Mr. Cisneros' representation of the Defendant. As a result, a Order to Show Cause **(#

29)** by the Court directed at Mr. Cisneros has not been served upon him.

Accordingly, the Court **DIRECTS** that the Clerk of the Court modify the docket in this case to reflect Mr. Cisneros' appearance on behalf of the Defendant, effective November 6, 2007, and upon doing so, to ensure that Docket # 28 and 29 are promptly served on Mr. Cisneros.

Dated this 14th day of December, 2007

                    **BY THE COURT:**

Marcia S. Krieger
United States District Judge