IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 21, 2008 |
| Court Reporter: Paul Zuckerman | |

Criminal Action No. 07-cr-00348-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,   David Connor

      Plaintiff,

v.

LACEDRICK CURRY,   Harvey Steinberg

      Defendant.

## CONTINUED ARRAIGNMENT AND CHANGE OF PLEA HEARING

**1:45 p.m.**     **Court in session.**

Defendant present in custody.

This hearing is continued from April 3, 2008.

Defendant is arraigned on Count 1 of the **Information**. Defendant pleads guilty to Count 1 of the **Information**. The Government intends to dismiss the Counts of the Indictment at the time of sentencing.

Defendant sworn.

The Court advises the defendant of his right to be indicted by the grand jury. The defendant waives his right to indictment.

Defendant advised regarding:

    1)    The Plea Agreement;
    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)    The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:**     The Government's Motion to Dismiss Counts 1 and 2 of the Indictment is **GRANTED, but the effect of the Order is stayed until time of sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received.

**ORDER:** The Court defers acceptance of Defendant's plea until the time of sentencing.

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set **August 4, 2008 at 8:30 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:** Pending Motions **(Doc.# 16, 32, 33, 34 and 35)** are **DENIED as moot.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**2:26 p.m.** **Court in recess.**

**Total Time: 41 minutes.**
**Hearing concluded.**