# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover       Date:  August 4, 2008
Court Reporter:       Paul Zuckerman
Probation Officer:    Michelle Means

Criminal Action No. 07-cr-00348-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,                    David Conner

        Plaintiff,

v.

LACEDRICK CURRY,                             Harvey Steinberg

        Defendant.

---

## SENTENCING MINUTES
_____

**8:34 a.m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on April 21, 2008. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - none.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Oral findings are made of record.

**ORDER:**      The Government's Motion to Accept Disposition **(Doc. #53)** is **DENIED as moot.**

**ORDER:**      The Government's Motion to Dismiss the Indictment **(Doc. #54)** is **DENIED as moot.**

**ORDER:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**      Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**8:46 a.m.**      **Court in recess.**

Total Time:    12 minutes.
Hearing concluded.